**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

Debtors JOSEPH W. & APRIL M. TINNIN FKA APRIL M. BEILFUSS    Case No. 07B72251    Chapter 13

Moving Creditor Asset Management West 6, LLC        Date Case Filed September 20, 2007

Nature of Relief Sought:  ☒ Lift Stay     ☐ Annul Stay      ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing <u>January 7, 2008</u> or Date Plan Confirmed

Chapter 7: ☐ No-Asset Report Filed on
            ☐ No-Asset Report not Filed, Date of Creditors Meeting

    1. Collateral
        a. ☒ Home
        b. ☐ Car Year, Make, and Model _____
        c. ☐ Other (describe)_____

    2.   Balance Owed as of Petition Date $-
       Total of all other Liens against Collateral $-

    3. Estimated Value of Collateral (*must* be supplied if motion alleges no equity) $-

    4. Default
        a. ☐ Pre-Petition Default
          Number of months  -          Amount $-

        b. ☐ Post-Petition Default
          i.   ☐ On direct payments to the moving creditor
            Number of months      Amount $-

          ii.  ☐ On payments to the Standing Chapter 13 Trustee
            Number of months      Amount $-

    5. Other Allegations
        a. ☒ Lack of Adequate Protection § 362(d)(1)
          i.    ☐ No insurance
          ii.   ☐ Taxes unpaid       Amount $ _____
          iii.  ☐ Rapidly depreciating asset
          iv.   ☒ Other (describe) <u>Property sold prior to Bankruptcy filing</u>

        b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

        c. ☐ Other "Cause" § 362(d)(1)
          i.   ☐ Bad Faith (describe) _____
          ii.  ☐ Multiple Filings
          iii. ☐ Other (describe) _____

        d. Debtor's Statement of Intention regarding the Collateral
          i.   ☐ Reaffirm           ii.  ☐ Redeem
          iii. ☐ Surrender          iv.  ☐ No Statement of Intention Filed

Date: <u>12/21/07</u>                              By: <u>/s/Christopher M. Brown</u>
                                                         ARDC#6271138
                                                         Pierce & Associates, P.C.